UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Leon Greathouse Jr.

_____
Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

**COMPLAINT**

NYS Department of Corrections and Community Supervision
Manhattan District Attorney's Office
Freddy Vasquez NYPD Dectective 28th Precinct

Do you want a jury trial?
☑ Yes   ☐ No

_____
Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

18 U.S. Code 242 Violation, Deprivation, Due Process 5th and 14th Amendment, Pain and Suffering 8th Amendment, Negligence, Loss of income, Discrimination, Malicious prosecution, unlawful imprisonment.

### B. If you checked Diversity of Citizenship

1. **Citizenship of the parties**

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
(Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

Leon _____ ____ Greathouse Jr.
First Name          Middle Initial      Last Name

114 West 137th Street #5C
Street Address

New York            NY          10039
County, City        State       Zip Code

332-201-4048        lgreathouse980@gmail.com
Telephone Number    Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: **NYS Department of Corrections and Community Supervision**
First Name                Last Name
**Parole Department Division III**
Current Job Title (or other identifying information)
**314 West 40th Street**
Current Work Address (or other address where defendant may be served)
**New York**          **NY**        **10018**
County, City          State         Zip Code

Defendant 2: **Manhattan District Attorney's Office**
First Name                Last Name
**District Attorney**
Current Job Title (or other identifying information)
**One Hogan Place**
Current Work Address (or other address where defendant may be served)
**New York**          **NY**        **10013**
County, City          State         Zip Code

Defendant 3: **Freddy       Vasquez**
First Name                Last Name
**NYPD Detective, 28th Precinct**
Current Job Title (or other identifying information)
**2271-89 8th Avenue**
Current Work Address (or other address where defendant may be served)
**New York**          **NY**        **10027-5319**
County, City          State         Zip Code

Defendant 4:

First Name

Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City          State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: NYSDOCCS Manhattan Area III, NYSDOCCS Mohawk Correctional Facility, NYSDOCCS Barehill Correctional Facility, Coxsackie Correctional Facility, Manhattan District Attorneys office

Date(s) of occurrence: 06/23/2023, 12/2020, 2010, 2011, 2013, 2015, 2017, 2005, 06/11/2000

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

P.O. Morris and SPO Sass parole officers at NYSDOCCS Manhattan Area III office called me to the office to bring W2 form. I told P.O. Morris I am not an employee; I am an employer. I emailed to her my tax documents for 2019, 2021, and 2022. I was given an appointment to come in on June 23, 2023. I was placed on ankle monitoring without cause. I have been paroled for 31 months with no violations, no dirty urines, no missed appointments, and have abided by all NYSDOCCS Level 4 release conditions. I am now on special conditions with a victim in my paperwork. I am a non-violent felon and this is falsification of my record. I filed a complaint with the office of Special Investigations

Page 5

and filed a grievance with NYSDOCCS. The issue still has not been resolved. In addition, I am on an illegal life sentence. This occurred due to NYSDOCCS conspiring with the Manhattan District Attorney's Office. The 2005 Drug Reform Law Amended (DRLA) ameolative resentencing Structure for A-2 3 to 10 year determinate sentencing guide is now in place. I am on the old sentencing guide for A-2 3 to life non-violent offenders. The guidelines stated at merit eligible offenders must be resentenced. NYSDOCCs failed to comply with the law of this bill.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

18 U.S. Code 242 Violation, Deprivation, Due Process 5th and 14th Amendment Violations, Pain and Suffering 8th Amendment Violation, Negligence, Scheme to drefraud, Unlawful imprisonment, Forgery, Official Misconduct, Malicious Prosecution, Offering a false instrument for filing, and kidnapping, financial hardship.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I want this ankle monitor removed and to be immediately removed from parole. I am seeking resolution for the wrongdoing that has been done to me within the aforementioned. I am lawfully seeking for all participants and perpetrators involved within this unlawful matter to be fully prosecuted in a court of law within these United States. I am seeking financial compensation for my continued hardships caused by the government agencies sworn to uphold the law. I want financial compensation of $100,000.00 per day for the ankle monitor and $9 Million for the unlawful time computation in the amount of 9 years plus 17 years of falsified murder case,

# **TIMELINE OF INJURY**

In 2002 NYS Department of Corrections and Community Supervision (NYSDOCCS) conspired with the Manhattan District Attorney's Office to create an instrument of an ongoing and unlawful systematic scheme to defraud the State of New York along with a host of other alleged criminal charges and civil violations throughout the further mentioned. Documents of these events are available through my lawyers' offices and can be obtained at your request.

1. On June 11, 2000, I was arrested and arraigned in court for Murder in the Second Degree. On June 16, 2000, I was release on my own recognizance. Nothing further happened with this case however, prosecutors did not dismiss the case and I served approximately 13 of the next 17 years in NYSDOCCS prisons in connection with two unrelated narcotics convictions with a fraudulent open murder case on my record. The Manhattan District Attorney's Office simultaneously represented to the court that the case had been under continuous investigation between 2000 and October 17, 2017, but that is flatly inconsistent with Manhattan District Attorney's record produced in discovery. Significantly, the file also contains numerous injuries for me about the status of the case and request for dismissal. Upon a felony criminal complaint sworn out by Detective Freddy Vasquez asserting that I shot the victim Leonard Pickney. Discovery produced thus far, though limited, and heavily redacted, makes clear that the Detective Freddy Vasquez was pursuing multiple suspects, and suggests that **NONE** of the substantial evidence collected from the crime scene- which included, among other things, ballistics evidence, a loaded firearm, a spent shell, and "numerous fingerprints"- connected me to the crime. The Manhattan District Attorney's Office never presented the case to a grand jury, presumably recognizing that it lacked probable cause to secure an indictment. However, Manhattan District Attorney's Office did not drop the murder charge against me until an order to show cause was presented to the court. I received the disposition for the dismissal on October 17, 2017.

2. NYSDOCCS and the Manhattan District Attorney's Office unlawfully removed I Leon Greathouse Jr (Din # 02A2783) from a Court mandated Lake View Shock Incarceration Program in 2002 because I failed to comply with the Manhattan District Attorney's Office request of "Queen for a Day Letter" to obtain information about a murder case that I was arrested for but had no knowledge of, so NYSDOCCS was asked by the Manhattan District Attorney's Office to remove me from the program and sent me to a Maximum-Security Correctional Facility (Coxsackie) as punishment for non-cooperation. This unlawful action committed by NYSDOCCS and The Manhattan District Attorney's Office proves the point of relationship established between the two agencies in which caused a prejudice against me and is also of a direct violation of which caused my sentence to become disturbed and of the very reasons why this first unlawful action caused the violation of my rights to with: Due Process, 5th Amendment, 14th Amendment, 8th Amendment, Deprivation, Negligence, Conspiracy, Fraud, Unlawful Imprisonment in which the injuries caused have deprived me due to the "fruit of the poisonous tree" within the previous matter.

3. On March 14, 2005, I was released from prison as a Non-violent drug offender who was a merit eligible offender suited for the mandatory 2005 Drug Reform Law Amended (DRLA) amerolative resentencing structure for the amended A-2 3 to10 year determinate sentencing guide from the eradicated sentencing guide for A-2 3 to Life Offenders. NYSDOCCS failed to follow the new drug law reform (applicable to me) which states a merit eligible offender resentencing must occur. NYSDOCCS ongoing abuse of unlawful practices is a demonstration of proof showing that a prejudice was shown against me in regard of NYSDOCCS failing to comply with Legislation of DRLA 2005 Bill. I was deprived of a fair and equal opportunity while under the Care, Custody, and Control of NYSDOCCS throughout the last 13 out 17 years of my lifetime.

4. In 2008 I was convicted of another Narcotics offense and was sentenced to a 7-year determinate sentence. Thereafter, the outstanding murder case repeatedly impeded my ability to obtain release from NYSDOCCS. For example, in 2010, the Barehill Correctional Facility considered me for temporary release programming. NYSDOCCS wrote to the New York County Criminal Court for a "status/disposition" of the murder case and denied my application for temporary work release in part because my legal history included an arrest for murder…which had not been dismissed and never indicted. Similarly, in 2011, I was screened for the Shock Program again but was deemed **"Not Suitable"** because of the open murder case which continued to linger over my head. In 2013, 2015, and 2017 I was considered for parole but did not obtain parole while I was under the ongoing unlawful systematic scheme to defraud the State of NY instrument formulated by NYSDOCCS and its co-conspirator The Manhattan District Attorney's Office. Unsurprisingly, the outstanding murder case charge was of concern to NYSDOCCS Parole Board Commissioners. As the NYSDOCCS Commissioner confessed on record within my parole hearing in 2017 that the charge "needs to be addressed" before I could be granted Parole hearing "due to pending murder in the second-degree charge." The Manhattan District Attorney's Office sent an official statement to the parole board stating information about the open murder case which led to me being held instead of paroled.

5. The open murder case-which, inter alia, repeatedly prevented I Leon Greathouse Jr from being granted Parole- which caused me to remain incarcerated unlawfully for substantially longer than I otherwise would have. I was finally paroled in 2018, after the Legal Aid Society filed an Order to Show Cause on my behalf and prosecutors dismissed the case conceding both that they lacked probable cause, to secure an indictment and that the open murder cased resulted in "adverse consequences." U.S. Code 242 Violation provides in relevant part: "Whoever under color of any law... willfully subjects any person…to the deprivation of any rights, privileges, or immunities secured or protected by the constitution or laws of the United States [ Shall be guilty of a crime]."

6. Within 2020 I filed a Pro Se Complaint and Patterson Belknap, my attorneys filed the operative amended complaint on June 2, 2022. The Amended complaint pleads Malicious prosecution and abuse of process claims against former NYPD Detective Freddy Vasquez and Monell claim (A Monell claim is a claim for monetary recovery against a local

municipality, where officials have acted unconstitutionally pursuant to local law, custom or policy) against the City of New York predicated on, inter alia, The Manhattan District Attorney's Office practice of commencing and maintaining criminal prosecution without probable cause and its failure to train and supervise prosecutors regarding the disposition of cases commenced via criminal complaint that have not proceeded to a grand jury. Defendants answered the Amended Complaint and in this one at hand was a part of a pattern in criminal cases that have not been presented to a grand jury and is the product of the District Attorney's deliberate indifference to the rights of the defendants who are arrested and charged in such cases. This is a common unlawful practice that has been adopted by rouge District Attorney agents who conspire with other government agencies to abuse the process of authority under the color of law. In similar cases and within the matter at hand. The behaviors displayed have proven to be malicious patterned behavior which is of the same behavior that is identified in the ongoing systematic and unlawful practices used by its co-conspirator NYSDOCCS and the Manhattan District Attorney's Office.

7. I was released on January 27, 2021, from Mohawk Correctional Facility after being held against my will by several government employees who were arrested because of fraudulent paperwork and refusing to follow the parole boards order to release me in December 2020. NYSDOCCS employees put in the record that I was given a drug test which tested positive for K-2, but I was not tested at all, and they were caught in their web of lies and fraudulence. In which was the result of an ongoing State and Federal Lawsuit against the individuals and NYSDOCCS which is currently active. I have been on parole for 31 months with no violations, no dirty urines, no missed appointments and have abided by all NYSDOCCS Level 4 release condition requirements since my release of January 27, 2021. My parole officer PO Morris called me to come into the office and bring W2 forms. I explained to her I am an employer, entertainer which goes by the name of L Gwoppo I am an independent Rap artist which can be found on all social media outlets and have a mixtape and a few single for sale on music platforms. My next single Ever Since will be released on July 28, 2021, and new album is scheduled to be released on August 25, 2023. I am also a clothing designer of my brand is Candy Clover Clothing & Fashion Designs, LLC and I run a record label called GWOP GANG Records, LLC therefore I sent my tax filings for 2019, 2020, 2021, 2022 to my parole officer's email. On June 23, 2023, I was placed on a Special Parole Condition with an Ankle Monitor because SPO Jennifer Sass did not agree with my release conditions. The record was falsified, and a **"VICTIM"** was placed in my paperwork when no victim was ever in my case. I have always been a **Non-violent offender** in any case I ever had. In addition, I was told this mandate was ordered by the **'HIGHER UPS"**. Who are the higher ups? I filed a complaint with the Office of Special Investigations as well as filed a grievance with NYSDOCCS to get this issue resolved. Although I have exhausted my administrative remedies today, I am still waiting on that resolution.

8. As of this very day, I am still on the same life parole sentence under the care custody and control of NYSDOCCS from the eradicated A-2 3 to Life sentencing structure guideline that I received from department of Justice Services by the Hon Judge Bart Stone in Manhattan Supreme Court in the year 2002. Although I was deemed eligible (Merit

eligible non-violent offender) due to being a non-violent felony offender. In which was replaced with the 2005 Drug Reform Law Act Legislation. In which was a Bill introduced into NEW law signed by Governor George E. Pataki within the year of 2005 in New York State. This Bill Presented a new reformed A2 3–10-year determinate sentencing structure guideline for felony offenders. Through the course of the ongoing unlawful systematic instrument created by NYDOCCS and its Co-conspirator The Manhattan District Attorney's Office I was deprived of my life and liberty and rights of due process neglected and treated cruel and inhumane by both NYSDOCCS and The Manhattan District Attorney's Office throughout the cost of the last 13 out of 17 years while I was Incarcerated and also throughout all times while I was released on NYSDOCCS Parole on all NYSDOCCS DIN#'s 1.)02A2785/ 2.)08A2920/ 3.)19R1258.

| Civil Wrong: | Criminal Wrong: |
|---|---|
| <ul><li>18 U.S. Code 242 Violation</li><li>Deprivation</li><li>Due Process 5th and 14th Amendment Violations</li><li>Pain and Suffering 8th Amendment Violation</li><li>Negligence</li></ul> | <ul><li>Scheme to defraud.</li><li>Unlawful imprisonment</li><li>Forgery</li><li>Official Misconduct</li><li>Malicious Prosecution</li><li>Offering a false instrument for filing</li><li>Kidnapping</li></ul> |

## THE DEMAND

I want this ankle monitor removed and to be immediately removed form Parole. I am seeking resolution for the wrongdoing that has been done to me within the aforementioned. I am lawfully seeking for all participants and perpetrators involved within this unlawful matter to be fully prosecuted in a court of law within these United States. I am seeking financial compensation for my continued hardships caused by the government agencies sworn to uphold the law.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

07/18/2023
Dated

Plaintiff's Signature

Leon | | Greathouse Jr.
First Name | Middle Initial | Last Name

114 West 137th Street #5C
Street Address

New York | NY | 10030
County, City | State | Zip Code

332-201-4048 | lgreathouse980@gmail.com
Telephone Number | Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

New York State - DOCCS
Community Supervision
SPECIAL CONDITIONS OF RELEASE TO PAROLE SUPERVISION

Name: GREATHOUSE,LEON
Date of Release: 01/27/2021

Page: 1
NYSID: 08465767L
Supervision Maximum: 07/07/0707

I, GREATHOUSE,LEON             , acknowledge that the following Special Conditions have been imposed upon me and that these Special Conditions will remain in effect until the termination of my legal period of supervision 07/07/0707 unless otherwise amended, in writing, by the Department of Corrections and Community Supervision.

- I WILL report to my assigned Parole Officer on __Tuesday__ of each and every week, or as directed, between the hours of __10pm__ and __7am__.  (R2)

I WILL report at location: __M3- 314 W 40th St NY NY__
Phone: (____) ____-____

Other reporting conditions: _____

- I WILL NOT have contact with the following individual(s) __Victims__ (37)
_____. This means that I WILL NOT attempt to meet in person, communicate by letter, telephone, electronic device (i.e. computer) or though a third pary, or via other means, the above individual(s) without knowledge and permission of my Parole Officer.

- I WILL remain in the geographic confines of the county(s) of __New York__ (94) __State__. If I travel outside of the above mentioned county(s), I will obtain a travel pass from my Parole Officer granting permission for such travel.

- Other Conditions: __Comply with GPS Conditions__  (50)

- I WILL remain in my approved residence from __10pm__ to __7am__, seven (61) days a week. Exceptions to my curfew may be permitted with PRIOR approval from my Parole Officer.

- I WILL cooperate fully with the implementation of the Electronic Monitoring (63) Program. I WILL NOT tamper with any equipment and WILL ensure that all equipment is returned to the Department of Corrections and Community Supervision upon completion.

Releasee Initials: __Refused to sign__   Witness Initials: __CM__   Date: 06/23/2023

Form #CS9295 (06/23)
Photocopy Locally As Needed

# NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
## SPECIAL CONDITIONS OF RELEASE TO PAROLE SUPERVISION
### GPS TRACKING DEVICE - SPECIAL CONDITIONS

Name: _Leon Greathouse_   NYSID: _084657674_
Date of Release: _11/27/21_   Supervision Maximum: _Life_

I, _Leon Greathouse_, acknowledge that under the provisions of my (Conditions of Release) and/or (Conditions of Strict and Intensive Supervision and Treatment) that the following Special Conditions have been imposed upon me and that these Special Conditions will remain in effect until the termination of my Strict and Intensive Supervision and Treatment or my legal period of supervision, _Life_, unless otherwise amended, in writing, by DOCCS or the court, if applicable.

1) GPS1: I agree to wear the GPS device on my person, as attached by my Parole Officer, at all times, 24 hours each day, seven days each week for the duration of my enrollment.

2) GPS2: I will not tamper with the GPS device or any related equipment, nor will I permit any other person to do so. I will not remove or attempt to remove the device without written permission from my Parole Officer. I will not behave in such a manner that is likely to result in damage to or malfunctioning of the equipment. If tampering, removal, damage, or malfunctioning of the device does occur, I am under an immediate and continuing duty to do all of the following:

    a) Notify my Parole Officer.
    b) Notify the Community Supervision Operations Center at 212-239-6159. Additionally,
        i) I will accept all incoming calls from the Community Supervision Operations Center.
        ii) I will return all calls to the Community Supervision Operations Center.
    c) I am to report directly to the assigned area office. If an equipment related issue arises during non-business hours, I will report to the office at 8:30 am the following business day.
    d) I will remain (or go to) my parole approved address until I report to the area office or until I receive further instructions from DOCCS staff.

3) GPS3: I will not submerge the GPS device in water or other liquids. I will not swim or submerge the device while bathing. I understand that I may shower.

1

Form #CS9295 (06/23)
Photocopy Locally As Needed

4) GPS4: I will charge my GPS device twice a day (approximately every 12 hours) for 45 minutes each time. I will charge the device as required and/or directed by DOCCS staff.

5) GPS5: If the device vibrates, I will immediately put it on the charger and contact my Parole Officer. During non-business hours, I will immediately place the device on the charger and contact the Community Supervision Operations Center at 212-239-6159.

6) GPS6: If the device makes a noise or beep, I will immediately contact my Parole Officer. If this occurs during non-business hours, I will immediately contact the Community Supervision Operations Center at 212-239-6159.

I hereby certify that I have read and understand the above Special Conditions of my release and/or Strict and Intensive Supervision and Treatment and that I have received a copy of these Special Conditions.

Signed this __23rd__ day of __June__, __2023__.

Releasee/Respondent: _Refused_    Witness: _Ceu Hsus_

cc: case folder; central file; respondent/releasee

2

New York State - DOCCS
Community Supervision
SPECIAL CONDITIONS OF RELEASE TO PAROLE SUPERVISION

Name: GREATHOUSE,LEON
Date of Release: 01/27/2021

Page: 2
NYSID: 08465767L
Supervision Maximum: 07/07/0707

I hereby certify that I have read and understand the above Special Conditions of my release and that I have received a copy of these Special Conditions.

Signed this 23 day of June, 2023

Releasee: Refused    Witness: [signature] #545

1) copy to Releasee    2) copy to Area Office    3) copy to Central Office

FORM 3020A (09/2008)    Print Date: 06/23/2023



**NEW YORK STATE | Corrections and Community Supervision**

ANDREW M. CUOMO
Governor

ANTHONY J. ANNUCCI
Acting Commissioner

Name: Greathouse, Leon     NYSID: 064105762L
Date of Release: 11/21/19     Supervision Maximum: Life

I, Greathouse, Leon, acknowledge that under the provision of my Conditions of Release that the following Special Conditions have been imposed upon me and that these special conditions will remain in effect until the termination of my legal period of supervision _Life_ unless otherwise amended in writing by the Division of Parole.

## MANHATTAN III SPECIAL CONDITIONS

1. I will abide by a curfew of _Reasonable_ to _Time_ seven days per week. This means that I must remain within the confines of my approved residence between these hours unless I receive written permission from my Parole Officer.

2. If I have a pending criminal case, I understand that my curfew will be modified to 7:00pm to 7:00am seven days per week. This means that I must remain within the confines of my approved residence between those hours unless I receive written permission from my Parole Officer.

3. I will report law enforcement contact I had to my Parole Officer within 24 hours of having this contact or the next business day.

4. If I am taken into custody, I will make an office report within 24 hours of my release from custody or the next business day.

5. I will not use or possess marijuana, synthetic drugs, or any other controlled substance without medical authorization.

6. If I use any instrument readily capable of causing serious physical injury for employment purposes, I will inform my Parole Officer immediately. I must leave said instrument at my place of work and I may not carry said instrument while outside my place of work unless I receive permission from my Parole Officer.

7. I will not own, possess or purchase any form of ammunition.

8. I will regularly attend and satisfactorily complete whichever program(s) I am instructed to attend.

9. I will not leave New York City without verbal permission from my Parole Officer. However, if I am leaving the state of New York I must obtain a written pass from my Parole Officer.

10. I will not consume alcoholic beverages.

11. I will behave in an appropriate manner while in the parole office. I will not behave in a threatening manner to myself or others and I will follow instructions as given by any DOCCS staff member.

12. I understand that if I miss a scheduled office report, I am to report to the duty officer the next day at 314 W. 40th St. New York, NY 10018 by 9:00am to provide an explanation for my failure to report on the scheduled date.

| Level 1 | Monthly (4 Face-to-Face Contacts Required) | |
|---|---|---|
| | 2 Office Reports<br>1 Home Visit Positive<br>2 Other Contacts (1 must be positive)<br>1 Program Verification<br>1 Employment Verification<br>1 Curfew Visit Required (If Curfew Imposed)<br>1 Supervision Standards Conference | **DRUG TESTING STANDARDS**<br><br>*Based on the COMPAS Identified Substance Abuse Need*<br><br>*(Minimum Frequency)*<br><br>HIGH = BI-MONTHLY |
| Level 2 | Monthly (3 Face-to-Face Contacts Required) | |
| | 1 Office Report<br>1 Home Visit Positive<br>1 Other Positive Contact<br>1 Program Verification<br>1 Employment Verification<br>1 Curfew Visit Required (If Curfew Imposed)<br>1 Supervision Standards Conference | |
| Level 3 | Bi-Monthly (3 Face-to-Face Contacts Required) | |
| | 1 Office Report<br>1 Home Visit Positive<br>1 Other Positive Contact (Cannot be the same month as Office Report)<br>1 Program Verification<br>1 Employment Verification<br>1 Curfew Verification (If Curfew imposed)<br>1 Supervision Standards Conference Every 3 Months | MEDIUM = QUARTERLY<br><br><br>LOW = SEMI- ANNUALLY |
| Level 4 | Every Four Months (2 Face-to-Face Contacts Required) | |
| | 1 Office Report<br>1 Home Visit Positive<br>1 Program Verification<br>1 Employment Verification<br>1 Supervision Standards Conference Every 4 Months | |

**NOTE**: All UBER/SIST/GPS/Mental Health/RESET/Sex Offender cases are to be supervised as per established standards. For all supervision levels, all pre-delinquent behavior/Case Conference (CC) with an SPO or higher rank within 24 hours and must be documented in CMS.

Department of Corrections and Community Supervision
Office of Special Investigations
(►)
NYS DOCCS OSI Complaint Form

# NYS DOCCS OSI Complaint Form

To file a complaint with DOCCS Office of Special Investigations (OSI), please complete the below form. We will be unable to process incomplete entries.

The below form is for complaints to the OSI. New York State Freedom of Information Law (FOIL) requests must be submitted using the New York State Freedom of Information Law Request form. General inquiries must be submitted using the Contact Us form.

---

**Your Information**

Fields marked with an asterisk (*) are required.

*Your First Name  Leon
*Your Last Name  Greathouse
*Street Address  114 West 137th Street Apt 5C
*City  New York
*State  New York
*Zip Code  10030
*Email Address  lgreathouse980@gmail.com
*Phone Number (Format:222-222-2222):  332-201-4048

Request Confidentiality  No

Anonymous Complaints  No

---

**WHAT HAPPENED:**
*A description of the incident is required
(500 words or less):

NYSDOCCS Parole Manhattan Area Office SPO Jennifer Sass and PO Morris falsified and forged my parole release conditions of Level 4 and place me on Level 2 with a Ankle Monitor without having any violations of my release conditions of 1-27-21. To elaborate I have now been on parole for approximately 30 months and have abided by all of my parole release conditions. On the other hand It is NYSDOCCS Parole who failed to adhere to their own policy for evaluating a Level 4 parolee. Several P.Os conducted home visits to my residence on three different occasions in April.:P.O.Myers. My new P.O. did a visit in May and she again did monthly visits and urine tests. I was provided a parole date in April to present myself again in July. I was then called in to meet P.O. Morris in May. I was called again to come back to her office two weeks later. I was asked for a W2 and since I am not an employee but I am an employer I provided my tax documents for 2019, 2021, and 2022 via email. P.O. Morris came again to do another home visit in June. P.O. Morris created a further reason for me coming back to the office on June 23rd she said it was for my Merit upon arrival P.O. Morris states SPO Sass does not agree with my NYSDOCCS parole release stipulation of 1-27-21 Level 4 conditions. Wherefore is the reason why she has maliciously went above and beyond her duties to so much alter my release conditions to her liking. In which and doing so created a criminal instrument of :
1. Official Misconduct
2. Offering a false instrument for filing
3. Forgery
4. False Imprisonment and also liable for neglecting to uphold such duty
5. NYSDQCCS Level 4 Parolle Policy
6. Negligence
7. Deprivation

## LOCATION OF THE INCIDENT:

Correctional Facility:

Community Supervision Area Office: Manhatten/Staten Island Region

Other Location or Description of Specific Location:

Manhattan III Area 314 West 40th Street New York, NY 10018

## DATE & TIME OF INCIDENT:

An approximate date and time is acceptable:

June 23, 2023

## WHO WAS PRESENT DURING THE INCIDENT:

*Identifying all persons present is helpful.*

## Victim's Information: