UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEON GREATHOUSE, JR.,<br><br>                                   Plaintiff,<br><br>-against-<br><br>NYS DEPARTMENT OF CORRECTION AND COMMUNITY SUPERVISION; MANHATTAN DISTRICT ATTORNEY'S OFFICE; and FREDDY VASQUZ, NYPD Detective 28th Precinct,<br><br>                                   Defendants. | **ORDER OF SERVICE**<br><br>23 Civ. 6192 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

   Plaintiff, who is proceeding pro se, paid the filing fees to commence this action.

   The Clerk of Court is directed to issue summonses as to Defendants NYS Department of Corrections and Community Supervision, Manhattan District Attorney's Office, and Freddy Vasquez. Plaintiff is directed to serve the summonses and complaint on Defendants within 90 days of the issuance of the summonses.[1] If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

   Plaintiff may consider contacting the New York Legal Assistance Group's ("NYLAG") Clinic for Pro Se Litigants in the Southern District of New York, which is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves in

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because he had not paid the filing fee. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

civil lawsuits in this court. The clinic is run by a private organization; it is not part of, or run by, the court. It cannot accept filings on behalf of the court, which must still be made by any pro se party through the Pro Se Intake Unit.

Dated: New York, New York
August 3, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge