UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

LEON GREATHOUSE, JR.,

                        Plaintiff,

        -against-

NYS DEPARTMENT OF
CORRECTIONS AND COMMUNITY
SUPERVISION, MANHATTAN
DISTRICT ATTORNEY'S OFFICE, and
FREDDY VASQUEZ,

                        Defendants.

**23 Civ. 6192 (DEH) (GS)**

**TELEPHONIC STATUS CONFERENCE ORDER**

----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

        Plaintiff initiated this case on July 18, 2023 and filed proof of service on the docket for the three Defendants on August 14, 2023.  (*See* Dkt. Nos. 1, 11-13).  Corporation Counsel filed a letter on November 1, 2023 indicating that Defendant Vasquez had not been properly served, but that it would accept service on his behalf.  None of the Defendants has responded to the Complaint and no party has filed anything on the docket since this filing.  (*See* Dkt. No. 20).  As such, this matter is scheduled for a telephonic conference to occur on **Thursday, March 28, 2024 at 2:00 p.m.**, at which time the parties will be directed to advise the Court as to the status of this matter. The conference will be conducted via Microsoft Teams.  Counsel is directed to join the conference at the scheduled time.  **Please dial (646) 453-4442, Access Code: 984 850 024#.**  The Plaintiff is cautioned that failure to appear at this conference could result in dismissal of this case for want of prosecution.

        **SO ORDERED.**

DATED:    New York, New York
               February 29, 2024

                                                               _____
                                                              The Honorable Gary Stein
                                                              United States Magistrate Judge