UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEON GREATHOUSE, JR., <br><br>                              Plaintiff, <br><br> v. <br><br> NYS DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, et al., <br><br>                              Defendants. | 23 Civ. 6192 (DEH) (GS) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

The Court issued an order on March 29, 2024, directed the Plaintiff to file a letter as to why the above-captioned action should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff was directed to file a letter to the Court stating his intention to continue to prosecute this action by April 29, 2024. Plaintiff was warned that the "[f]ailure to submit a timely letter will result in dismissal." *Id.* Despite this warning, Plaintiff has not filed a letter to date.

It is hereby **ORDERED** Plaintiff shall file the letter as soon as possible and no later than **May 10, 2024**. Failure to submit a letter will result in dismissal without prejudice of this case under Rule 41(b).

SO ORDERED.

Dated: May 2, 2024
       New York, New York

                                                               _____
                                                                        DALE E. HO
                                                                United States District Judge